# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-47983 MBM  
**Case Name:** ACQUISITION STRATEGIES, INC.  
**Period Ending:** 09/30/17

**Trustee:** (420030) Kenneth A. Nathan  
**Filed (f) or Converted (c):** 05/21/15 (f)  
**§341(a) Meeting Date:** 06/24/15  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | [Stocks and Interests] World Art Auctions, LLC, | Unknown | 5,000.00 | | 0.00 | 5,000.00 |
| 2 | TCA Mgmt. Fund Others Unknown | Unknown | 0.00 | | 0.00 | FA |
| 2 | Assets Totals (Excluding unknown values) | **$0.00** | **$5,000.00** | | **$0.00** | **$5,000.00** |

**Major Activities Affecting Case Closing:**

9/30/17 Ongoing liquidation of assets per agreement with secured creditor TCA; joint to World Art Auctions, LLC Case No. 15-48911

6/30/17 Continued sale of assets per agreement with secured creditor TCA

3/31/17 Liquidating inventory per agreement with secured creditor TCA

12/31/16 Monitoring sale of assets

9/30/16 Continued monitoring of sale of assets

6/30/16 Monitoring sale of assets

3/31/16 This case is jointly administered with World Art Auctions 15-48911; pending sale of assets

12/31/15 Pending sale of assets

11/23/15 Motion to Sell Assets and Motion for Joint Administration with World Art Auctions 15-48911 filed

9/30/15 Collecting inventory and working out agreement with secured lender to liquidate

7/21/15 Hired counsel for the Trustee

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  **Current Projected Date Of Final Report (TFR):** December 31, 2018

_____  
October 27, 2017  
Date

/s/ Kenneth A. Nathan  
_____  
Kenneth A. Nathan